POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Nima Farboody (SBN262371)<br>20255 Corisco St.<br>Chatsworth, CA 91311<br>TELEPHONE NO.: 818-886-3200   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: nfarboody@mazalent.com<br>ATTORNEY FOR *(Name)*: MAZAL GROUP LLC | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** (FED CEN DISTRICT)<br>STREET ADDRESS: 350 W. 1st St.<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Los Angeles, CA 90012<br>BRANCH NAME: US CENTRAL DISTRICT COURT | |
| PLAINTIFF/PETITIONER: MAZAL GROUP, LLC<br>DEFENDANT/RESPONDENT: ESPANA, et al | CASE NUMBER:<br>2:17-cv- 05856 RSWL (KSx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ✓ summons
   b. ✓ complaint
   c. ✓ Alternative Dispute Resolution (ADR) package
   d. ✓ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ✓ other *(specify documents)*: Notice of Interested Parties and Notice of Case Assignment

3. a. Party served *(specify name of party as shown on documents served)*:
   **ERAN HENRY DARMAN**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: **7045 Stirling Rd. Apt 1304 Davie, Florida 33314**

5. I served the party *(check proper box)*
   a. ✓ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **8/23/2017**  (2) at *(time)*: **11:35 AM**
   b. ☐ **by substituted service.** On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: MAZAL GROUP, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ESPANA, et al | 2:17-cv- 05856 RSWL (KSx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):  (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** (specify means of service and authorizing code section):

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant.
   d. ☐ On behalf of (specify):
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                                        ☐ other:

7. **Person who served papers**
   a. Name: Frances Dixon
   b. Address: 5079 N. Dixie Hwy #330 Oakland Park, Florida 33334
   c. Telephone number: 954-245-8440
   d. The fee for service was: $ 150.00
   e. I am:
      (1) ☑ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner ☐ employee ☑ independent contractor.
         (ii) Registration No. 620
         (iii) County: Broward

8. ☐ I **declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I **am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:

_____  _Frances Dx_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)  (SIGNATURE)

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Nima Farboody (SBN262371)<br>20255 Corisco St.<br>Chatsworth, CA 91311<br>TELEPHONE NO.: 818-886-3200   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* nfarboody@mazalent.com<br>ATTORNEY FOR *(Name):* MAZAL GROUP LLC | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF (FED CEN DISTRICT)
STREET ADDRESS: 350 W. 1st St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: US CENTRAL DISTRICT COURT

PLAINTIFF/PETITIONER: MAZAL GROUP, LLC
DEFENDANT/RESPONDENT: ESPANA, et al

CASE NUMBER: 2:17-cv- 05856 RSWL (KSx)

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* Notice of Interested Parties and Notice of Case Assignment

3. a. Party served *(specify name of party as shown on documents served):*
   **AGNER EMILIO ESPANA**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: **2500 PARKVIEW Drive, Apt #1601 Hallandale Beach, FL- 33009**

5. I served the party *(check proper box)*
   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/28/2017** (2) at *(time):* **8:35 AM**
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* from *(city):* or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF/PETITIONER: MAZAL GROUP, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: ESPANA, et al | 2:17-cv- 05856 RSWL (KSx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:
    ☐ 416.10 (corporation)     ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)     ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)     ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
  a. Name: Frances Dixon
  b. Address: 5079 N. Dixie Hwy #230 Oakland Park Florida 33334
  c. Telephone number:
  d. The fee for service was: $ 75.00
  e. I am:
    (1) ☑ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ a registered California process server:
      (i) ☐ owner ☐ employee ☑ independent contractor.
      (ii) Registration No. 620
      (iii) County: Broward

8. ☐ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 31, 2017

_____                                       *Frances D.*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  (SIGNATURE)