| | |
|---|---|
| 1 | AGNER EMILIO ESPANA |
| 2 | 2500 Parkview Drive, #1601 |
|   | Hallandale Beach, FL 33009 |
| 3 | Tel: (954) 371-8013 |
| 4 | |
| 5 | Defendant in Pro Per |
| 6 | ERAN HENRY DARMAN |
| 7 | 7045 Stirling Rd. Apt 1304, |
|   | Davie, Florida, 33314 |
| 8 | Tel: (954) 449-3371 |
| 9 | |
| 10 | Defendant in Pro Per |
| 11 | NIMA FARBOODY (SBN 262371) |
|    | 20255 Corisco Street |
| 12 | Chatsworth, CA 91311 |
| 13 | TEL: (818) 886-3200 |
|    | FAX:(818) 556-3257 |
| 14 | |
| 15 | Attorney for Plaintiff, Mazal Group, LLC, a |
| 16 | California limited liability company |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Mazal Group, a California limited liability company | CASE NO. 2:17-cv-05856 |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| Agner Emilio Espana an individual; Eran Henry Darman, an individual; and Does 1-10, | |
| | Current Response Date: 9/18/17 |
| | New Response Date: 9/30/17 |
| Defendants. | District Judge: Ronald S.W. Lew |

1- STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE

WHEREAS, this is the first extension of time to respond to the Complaint,

## STIPULATION AND REQUEST TO EXTEND TIME TO FILE A RESPONSE TO INITIAL COMPLAINT

Plaintiff, Mazal Group, LLC, and Defendants Agner Emilio Espana and Eran Henry Darman jointly stipulate to extend the time for Defendants to file a response to the initial complaint from September 18, 2017 to September 30, 2017.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: September 5, 2017

_____
Agner Emilio Espana, Defendant

Dated: September 18, 2017

_____
Eran Henry Darman, Defendant

Dated: September 18, 2017

Mazal Group, LLC

By: _____
Nima Farboody,
Attorney for Plaintiff,
Mazal Group, LLC

2- STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE