AGNER EMILIO ESPANA
2500 Parkview Drive, #1601
Hallandale Beach, FL 33009
Tel: (954) 371-8013

Defendant in Pro Per

NIMA FARBOODY (SBN 262371)
20255 Corisco Street
Chatsworth, CA 91311
TEL: (818) 886-3200

Attorney for Plaintiff, Mazal Group, LLC, a
California limited liability company

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mazal Group, a California limited liability company<br><br>Plaintiff,<br>v.<br><br>Agner Emilio Espana an individual, and DOES 1-10,<br><br>Defendants. | Case No. 2:17-cv-05856-RSWL-KS<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>District Judge: Ronald S.W. Lew |

WHEREAS, the parties have reached a settlement in the above entitle case,

STIPULATION TO DISMISS CASE WITHOUT PREJUDICE

Plaintiff, Mazal Group, LLC, and Defendant Agner Emilio Espana jointly stipulate to dismiss the above entitle case without prejudice following settlement

---

1- STIPULATION TO DISMISS WITHOUT PREJUDICE

discussions, provided that this court retains jurisdiction to enforce the settlement agreement.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: January 1, 2018

_____
Agner Emilio Espana, Defendant

Dated: January __, 2018        Mazal Group, LLC

       /s/Nima Farboody
       Nima Farboody,
       Attorney for Plaintiff,
       Mazal Group, LLC